UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARON THOMPSON (#129901)

VERSUS

DENNIS GRIME, WARDEN, ET AL.

CIVIL ACTION

NO. 10-521-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 20, 2010 (doc. no. 3) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims are DISMISSED as legally frivolous within the meaning of 28 U.S.C. § 1915(e), and this action is DISMISSED, with prejudice, at least until the provisions of Heck v. Humphrey, supra, are satisfied.

Baton Rouge, Louisiana, this 29th day of September, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA